

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00366-CV

| | | |
|---|---|---|
| IN RE J.H. AND J.H., Relators | § | Original Proceeding |
| | § | 362nd District Court of Denton County, Texas |
| | § | Trial Court No. 20-4843-362 |
| | § | February 25, 2021 |
| | | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered relators' petition for writ of mandamus and holds that the petition should be denied. Accordingly, we deny the writ of mandamus, and we lift our November 20, 2020 stay of proceedings.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
     Justice Mike Wallach